DAVID M. SALENTINE [SBN: 92312]
465 California Street, Suite 400
San Francisco, California 94104
Telephone: (415) 982-1325
Facsimile: (415) 982-1923

Attorneys for Plaintiff
Lumbermens Mutual Casualty Co.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY CO., Plaintiff, v. SURJIT SINGH GILL dba G.T.C., Defendant. | No. CIV-F-04-5498-JKS-DLB<br><br>STIPULATION FOR AND ORDER OF DISMISSAL |

**STIPULATION**

The parties, by their undersigned counsel, stipulate that this matter has settled and that this entire action may be dismissed with prejudice and without costs.

Dated: April 14, 2005

DAVID M. SALENTINE

[signature]
Attorney for Plaintiff

Dated: April 7, 2005

FORGIE & LEONARD LLP

[signature]
Arthur A. Leonard

STIPULATION FOR AND ORDER OF DISMISSAL
Case No. CIV-F-04-5498-JKS-DLB

Doc.807\stip+order.dismiss.4.7.05.wpd
Page 1

14

**ORDER**

Upon the foregoing stipulation of counsel,

IT IS SO ORDERED.

Dated: 5/3/05

United States District Judge/
United States Magistrate Judge

PRESENTED BY:

DAVID M. SALENTINE

Attorney for Plaintiff